No. 12M33. SPADONI *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 12M34. ANDERSON *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.;
No. 12M35. CRAWFORD-BEY *v.* NEW YORK PRESBYTERIAN HOSPITAL; and
No. 12M36. TELSI *v.* SOLIS, SECRETARY OF LABOR. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 126, Orig. KANSAS *v.* NEBRASKA ET AL. Motion of the Special Master for allowance of fees and disbursements granted, and the Special Master is awarded a total of $288,229.61 for the period January 1 through August 23, 2012, to be allocated among the States as follows: Kansas $115,291.84; Nebraska $115,291.84; and Colorado $57,645.93. [For earlier order herein, see, *e. g.*, 565 U. S. 1192.]

No. 11–982. ALREADY, LLC, DBA YUMS *v.* NIKE, INC. C. A. 2d Cir. [Certiorari granted, 567 U. S. 933.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–1085. AMGEN INC. ET AL. *v.* CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS. C. A. 9th Cir. [Certiorari granted, 567 U. S. 905.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–9307. HENDERSON *v.* UNITED STATES. C. A. 5th Cir. [Certiorari granted, 567 U. S. 934.] Motion of petitioner to dispense with printing joint appendix granted.